IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HEATHER HULSEY LAVAUGHN, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00225-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

# J U D G M E N T

Pursuant to this Court's Order dated September 26, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 26th day of September, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk