**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **H.H.L.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No. 5:25-cv-225-CHW** |
| | : | |
| **COMMISSIONER OF** | : | **Social Security Appeal** |
| **SOCIAL SECURITY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is an unopposed motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, following this Court's order remanding the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (Docs. 15–17).

Plaintiff asks for attorney's fees in the amount of $5,706.54 for 23.7 hours expended in litigating this case. (Doc. 17). The Commissioner does not oppose Plaintiff's request, the requested hours appear within a reasonable range, and the rate requested by Plaintiff appears to comport with the Court's CPI formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. Mar. 24, 2011).

It is accordingly **ORDERED** that Plaintiff's unopposed motion for EAJA fees (Doc. 17) be **GRANTED**, and that Plaintiff be awarded $5,706.54 in attorney's fees. This award should be made payable to Plaintiff directly. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If, however, the United States Department of the Treasury determines that Plaintiff does

1

not owe a federal debt, the Commissioner may accept Plaintiff's assignment of EAJA attorney's fees and pay the awarded fees directly to Plaintiff's counsel.

**SO ORDERED**, this 2nd day of February, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge