IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HEATHER HULSEY LAVAUGHN ,              *

          Plaintiff,              *

v.                                        Case No.  5:25-cv-00225-CHW

                                     *

COMMISSIONER OF SOCIAL SECURITY,

                                     *

          Defendant.

                                     *

**J U D G M E N T**

Pursuant to the Order of this Court filed February 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 5,706.54.

This 3rd day of February, 2026.

                                 David W. Bunt, Clerk

                                 s/  Raven K. Alston, Deputy Clerk